UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-62378

VIRGINIA PICCIRILLO,

    Plaintiff,

v.

CITY OF PEMBROKE PINES, PEMBROKE
PINES POLICE DEPARTMENT, and KEVIN
D. BURGS,

    Defendants.
_____/

**DEFENDANT, CITY OF PEMBROKE PINES POLICE DEPARTMENT'S,
MOTION TO DISMISS SECOND AMENDED COMPLAINT AND
INCORPORATED MEMORANDUM OF LAW**

    Defendant, CITY OF PEMBROKE PINES POLICE DEPARTMENT ("Police Department"), moves for entry of an order dismissing the claims filed by the Plaintiff, VIRGINIA PICCIRILLO, in the Second Amended Complaint dated December 22, 2015 ("Complaint"), and states as follows:

    1.    All claims asserted against the Police Department are facially deficient and should be dismissed, with prejudice, because the Police Department is not a legal entity subject to suit.

    2.    As a matter of law, the Police Department does not have a legal existence apart from the City and is not subject to suit. See Florida City Police Department v. Corcoran, 661 So. 2d 409, 410 (Fla. 3d DCA 1995); see also, Masson v. Miami-Dade County, 738 So. 2d

431, 432 (Fla. 3d DCA 1999) (finding that Miami-Dade County Police Department lacks the capacity be sued); <u>Dean v. Barber</u>, 951 F. 2d 1210, 1214-15 (11th Cir. 1992) (affirming dismissal of claim against "Sheriff's Department" which is was not a legal entity under applicable state law); <u>Williams v. Miami-Dade Police Department</u>, 297 Fed. Appx. 941, 945 (11th Cir. 2008) (*"Under Florida law, police departments are not legal entities amenable to suit."*).

3.  The Police Department is entitled to an order dismissing Plaintiff's claims directed against it with prejudice.

**WHEREFORE,** Defendant, CITY OF PEMBROKE PINES POLICE DEPARTMENT, requests entry of an order dismissing all claims asserted against it in this proceeding, with prejudice, and requests such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5TH day of January, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for City of Pembroke Pines**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:  (954) 463-0100
Facsimile:  (954) 463-2444

BY:  s/E. Bruce Johnson
       E. BRUCE JOHNSON
       Florida Bar Number:. 262137
       CHRISTOPHER J. STEARNS
       Florida Bar Number:  557870

## **SERVICE LIST**

**SHAWN BIRKEN, ESQ.**
LAW OFFICES OF SHAWN BIRKEN, PA
100 Se 3rd Ave., Suite 1300
Fort Lauderdale, Florida 33394
Telephone:   (954) 990-4320
Facsimile:   (954) 990-4469
sbirken@birken-law.com
Acabello@birken-law.com

**E. BRUCE JOHNSON, ESQ.**
**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for City of South Miami**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:   (954) 463-0100
Facsimile:   (954) 463-2444
johnson@jambg.com
stearns@jambg.com